IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )        2:17cr221-MHT
                             )            (WO)
BRANDON ANTHONY JOHNSON      )
```

ORDER

It is ORDERED that defendant Brandon Anthony Johnson's motion to reduce sentence (Doc. 202) is denied.  The motion is moot because he has completed his sentence.  *See* Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited April 19, 2026).  In addition, the court found that the 18 U.S.C. § 3553(a) factors weighed against a sentence reduction.

It is further ORDERED that defendant's motion for appointment of counsel (Doc. 208) in connection with the sentence-reduction motion is denied as moot.

DONE, this the 21st day of April, 2026.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　UNITED STATES DISTRICT JUDGE